No. 541. MICHIGAN CONSOLIDATED GAS CO. *v.* FEDERAL POWER COMMISSION ET AL. C. A. 3d Cir. Certiorari denied. *Donald R. Richberg, Arthur R. Seder* and *Charles V. Shannon* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub, Paul A. Sweeney, Willard W. Gatchell, Howard E. Wahrenbrock* and *Edwin M. Miller* for the Federal Power Commission, *William E. Miller* for the Panhandle Eastern Pipe Line Co., and *Jerome Ackerman* and *David Shapiro* for the Union Gas Co. of Canada, Ltd., respondents.

No. 544. SEARS, ROEBUCK & CO. ET AL. *v.* ALL STATES LIFE INSURANCE CO. C. A. 5th Cir. Certiorari denied. *Milton Handler* for petitioners. *Paul Carrington* and *Otis B. Gary* for respondent.

No. 545. SWOPE ET AL. *v.* EMERSON ELECTRIC MFG. CO. Supreme Court of Missouri. Certiorari denied. *Gordon Neilson* for petitioners.

No. 551. SEGAL *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Max M. Kampelman* and *Sydney W. Goff* for petitioner. *Solicitor General Rankin, Acting Assistant Attorney General McLean* and *Beatrice Rosenberg* for the United States.

No. 555. NORTHERN INDIANA PUBLIC SERVICE CO. *v.* HERLIHY MID-CONTINENT CO. C. A. 7th Cir. Certiorari denied. *John C. Lawyer, R. Stanley Anderson* and *Edmund A. Schroer* for petitioner. *Thomas D. Nash, Jr.* for respondent.